**Law Office Richard Hochhauser, PLLC**
1225 Franklin Avenue, Suite 325
Garden City, NY 11550
RH@HochhauserLaw.com
516-939-1529

March 10, 2025

**By ECF**

Hon. Kenneth M. Karas, U.S.D.J
United States District Court for Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4105

Re: Hudson Neurosurgery, PLLC v. Archdioces of New York
    Docket No.: 7:24-cv-03489-KMK

Dear Judge Karas:

This firm represent Plaintiff, Hudson Neurosurgery, PLLC in the above-referenced action.

I write on behalf of the Plaintiff for the purposed of requesting that the Court permit the Plaintiff to file under seal, or redact, certain document relating to the Plaintiff's motion for summary judgment that contains the identify of the Patient. The Court granted a similar application on behalf of Defendant's motion for summary judgment.

Among the documents that the Plaintiff would propose to redact/seal would include the following:

- Defendant's Exhibits in support, which include medical records from the Plaintiff's files.
- The deposition transcripts of Dr. Choudhri and the Plaintiff's staff.
- Communication between plaintiff and United Healthcare.

We thank the court for its attention to this matter.

Granted, to the extent Plaintiff is proposing to redact confidential information and not seeking to seal entire documents that might contain some confidential information.

So Ordered.
3/10/25

Respectfully submitted,

*/s/ Richard Hochhauser*
Richard Hochhauser
Partner
Law office Richard Hochhauser, PLLC