UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUDSON NEUROSURGERY, LLC,

           *Plaintiff*,

v.

ARCHDIOCESE OF NEW YORK,

           *Defendant*.

No. 24-CV-3489 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    The Court requests that the Parties each file a supplemental brief by no later than April 17, 2025, addressing the following issue:

- Whether the Single Case Agreement constituted an offer that was accepted, thereby forming a contract.

    The briefs may not exceed 10 pages. Briefs exceeding this limit or filed after April 17, 2025, will not be considered.

    SO ORDERED.

Dated:   April 3, 2025
          White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge