## Law Office of Richard Hochhauser, PLLC
164 Jackson Street
Hempstead, NY 11550
516-939-1529
RH@HochhauserLaw.com

October 8, 2025

**By ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:    Hudson Neurosurgery, PLLC v. Archdiocese of New York**
**Docket No.: 7:24-cv-03489-KMK**

Dear Judge Karas:

This Firm represents Plaintiff Hudson Neurosurgery, PLLC in the above-referenced action.

I am writing to respectfully request an adjournment of tomorrow's telephonic conference scheduled for October 9, 2025, at 2:30 PM. The reason for the late request is that I will be on a flight tomorrow, and was originally scheduled for my travel time to not interfere with the conference. However, a change in the flight times has created a conflict with the timing of the conference.

I thank the Court for its consideration, and I apologize for any inconvenience caused.

Granted. The conference is adjourned to 10/27/25, at 2:00 via Teleconference. So Ordered.
/s/ 10/9/25

Respectfully submitted,
Law Office of Richard Hochhauser

/s/ *Richard Hochhauser*
Richard Hochhauser

cc: All Counsel (via ECF)